**RECEIVED**

DEC 02 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Martese Fleming

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Lacey Dolton Police
City of Dolton
Police Station

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:19-cv-07898
Judge Sara L. Ellis
Magistrate Judge Susan E. Cox
PC 6

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Martese Fleming

B. List all aliases: N/A

C. Prisoner identification number: R-56768

D. Place of present confinement: Cook county Jail

E. Address: P.O Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Lacey

Title: Officer LT or Sergant

Place of Employment: Dolton Police

B. Defendant: City of Dolton

Title: Police Station

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Around this date and time 9/05/18 at approxiamatlly 12:00 PM. Officer or Sergant or LT Lacey exited his police vehicle and told me to get on the ground or he was gonna use his taser gun. This was on 157th & Dobson. I did not understand why he was approaching me that way. I was scared so, I followed his orders. SG or LT Lacey put his knee in my back and punch me in my back and my face. I was not being combative. SG, or LT Lacey put handcuffs on me then he snatched me up. LT or SG Lacey ask who vehicle was playing the music, I said it was mine. SG or LT Lacey proceded to search my vehicle he found

Revised 9/2007

nothing. Then officer, LT, or SG Lacey search me and found nothing then, he search 3 other people he found small grams of marijuana on them, but he told them to leave the scene. I found that kinda of odd. SG or LT Lacey told me he was towing my vehicle and I was going to jail. I ask SG or LT Lacey why and he punch me in the stomach and said shut the fxxk up! Another officer pulled up very tall and husky brown skinned with light brown eyes. He told me to get in the vehicle. I ask SG or LT Lacey why am I being arrested and why is my car being towed. SG or LT Lacey held me why I was handcuffed and told the other officer to mase me. The officer pepper sprayed me then threw me in the back of the car.

This is a ongoing problem with Dolton Police officers. My attorney, Public defender Melissa Delgado have the video of this incident. The video only shows when I was in handcuffs being pepper sprayed, it also show me not being combative. Melissa Delgado is at the Markham courthouse District 6, 16501 south Kedzie, Markham IL, 60428. (708) 232-4360. Melissa Delgado Email information is. ~~Melissa.delgado@~~ melissa.delgado@cookcountyil.gov

My claim is excessive force, Due Process Right violation, My 14th, 5th Amendment Rights of the constitution

5-A

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages in the amount of 500,000 Dollar from Each Defendant 500,000 Dollars in Punitive Damages from Each Defendant And Nominal Damages, As this court Deems Just and Proper Against each Defendant Jointly And Severally

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 11 day of 15, 2019

_Martese Fleming_
(Signature of plaintiff or plaintiffs)

Martese Fleming
(Print name)

20190809079
(I.D. Number)

P.O. Box 0089002
Chicago IL, 60608
(Address)

6

Revised 9/2007

Martese Fleming #20140804044
P.O Box 089002
Cook County Jail
Chicago, IL 60608



1:19-cv-07898
Judge Sara L. Ellis
Magistrate Judge Susan E. Cox
PC 6


12/02/2019-72

Prisoner Corespondent
Clerk of the Court
219 South Dearborn
Chicago IL, 60604